UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

Civil File No.: 10-cv-04504 (RHK/SER)

The Painters and Allied Trades District Council
No. 82 Health Care Fund, the Painters and
Allied Trades District Council No. 82 Vacation Fund,
The Painters and Allied Trades District Council 82
STAR Fund, the International Painters and Allied
Trades Industry Pension Fund, the Minneapolis
Local 386 Drywall Finishing Industry Pension Fund,
the Minnesota Finishing Trades Training Fund,
the National Painting, Decorating, and Drywall
Apprenticeship Committee, and the St. Paul
Painting Industry Pension Fund, and their
Trustees and successors,

      Plaintiffs,

vs.

**ORDER VACATING THE CLERK'S ENTRY OF DEFAULT**

Robert G. Modeen, Inc., and
Thomas Modeen, individually,

      Defendants.

_____

      Pursuant to the Stipulation of the Parties, the Clerk of Court is hereby directed to vacate the Clerks' Entry of Default that was entered on January 19, 2011. The Defendants may file an Answer to the Plaintiffs' Complaint within seven days of this Order.

Dated: August 25, 2011

                                    s/Richard H. Kyle
                                    The Honorable Richard H. Kyle
                                    United States District Court Judge